# Court of Appeals
# of the State of Georgia

ATLANTA, September 27, 2013

*The Court of Appeals hereby passes the following order:*

**A14A0127. JAMES HANSEN v. DEKALB COUNTY BOARD OF TAX ASSESSORS et al.**

Approximately 30 taxpayers filed a Petition for Mandamus against DeKalb County Tax Assessors and Calvin Hicks, Jr., the secretary and chief appraiser for DeKalb County Tax Assessors, seeking certain records and an order directing the defendants to hold a meeting regarding tax assessments on their properties. The trial court denied the petition, specifically finding that the Open Records Act does not apply and that the taxpayers failed to articulate a clear legal right to mandamus. The taxpayers have appealed from that order. However, jurisdiction over their appeal lies in the Supreme Court.

"Mandamus is an extraordinary remedy to compel a public officer to perform a required duty when there is no other adequate legal remedy." (Punctuation and citation omitted.) *Bland Farms, LLC v. Georgia Department of Agriculture*, 281 Ga. 192, 193 (637 SE2d 37) (2006). The Supreme Court has exclusive appellate jurisdiction over all cases involving extraordinary remedies, including mandamus. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (5); *Ladzinske v. Allen*, 280 Ga. 264 (626 SE2d 83) (2006) ("'[C]ases involving the grant or denial of mandamus are within the exclusive jurisdiction of [the Supreme] Court without regard to the underlying subject matter or the legal issues raised.'"). Because the order on appeal

denies a request for mandamus relief, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 09/27/2013
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*